IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-19-250-SLP |
| ) | |
| JEFFREY SCOTT TERRY, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

Before the Court is proposed Third-party Intervenor Great Plains National Bank's Motion for Leave to Intervene [Doc. No. 23]. Plaintiff does not oppose Great Plains's intervention request (*see* Resp., Doc. No. 27), and Defendant has not indicated any objection either. *See* Order of May 23, 2019, Doc. No. 26 (requiring response briefs, if any, to be filed by 12:00 PM on May 28, 2019). The Court deems Great Plains's intervention request confessed by Defendant under Local Civil Rule 7.1(g). The Court further finds that Great Plains has satisfied the four intervention criteria under Federal Rule of Civil Procedure 24(a). *See W. Energy All. v. Zinke*, 877 F.3d 1157, 1164 (10th Cir. 2017).

IT IS THEREFORE ORDERED that Great Plains's Motion for Leave to Intervene [Doc. No. 23] is GRANTED.

IT IS FURTHER ORDERED that Great Plains's request for leave to file its Motion to Modify Order [Doc. No. 23-1] is GRANTED. Great Plains shall file its Motion to

Modify Order—in the same version as was filed of record at Doc. No. 23-1 except as to any references to the date filed—by 12:00 PM on May 29, 2019.

IT IS FURTHER ORDERED that Plaintiff and Defendant shall file their response briefs, if they deem any to be necessary beyond Plaintiff's statement of its position included in its already-filed response to the intervention motion [Doc. No. 27], to Great Plains's to-be-filed modification motion by 5:00 PM on May 29, 2019. If Plaintiff, Defendant, and Great Plains are able to reach a compromise regarding the issues addressed in Great Plains's to-be-filed modification motion, they are instructed to alert the Court promptly of such agreement.

IT IS SO ORDERED this 28th day of May, 2019.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE